IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Capers Construction, LLC, | Case No. 2:22-CV-02382-DCN |
| Plaintiff, | |
| vs. | **DEFENDANT DURHAM SPECIALTY INSURANCE, LLC'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |
| American Inter-Fidelity Corp., as attorney in fact for American Inter-Fidelity Exchange and Durham Specialty Insurance, LLC, | |
| Defendants. | |

Defendant Durham Specialty Insurance ("Durham") by and through its undersigned counsel moves pursuant to Rule 41(b), FRCP for an order dismissing Plaintiff's Complaint for failure to prosecute. On August 2, 2023, this Court entered an Order Granting Plaintiff's counsel's Motion to Withdraw. (ECF No. 27). That Order indicated Plaintiff had until September 6, 2023, to retain successor counsel. Plaintiff's prior counsel provided proof of service of the Order Granting Motion to Withdraw on Plaintiff. (ECF No. 29). Plaintiff has failed to retain successor counsel by September 6, 2023, thus Durham hereby moves for a dismissal of this matter under Rule 41(b), FRCP, for failure to prosecute.

WHEREFORE, Durham respectfully requests the Court enter an order dismissing this case with prejudice because Plaintiff has failed to prosecute this action.

SIGNATURE PAGE TO FOLLOW

1

SHUMAKER, LOOP & KENDRICK, LLP

s/ Nicholas C.C. Stewart
J. Bennett Crites, III (Federal ID: 09401)
Nicholas C.C. Stewart (Federal ID: 12359)
176 Croghan Spur Rd., Suite 400
Charleston, SC 29407
Ph. 843.996.1911
bcrites@shumaker.com
nstewart@shumaker.com
*Attorney for Defendant Durham Specialty Insurance, LLC*

September 7, 2023
Charleston, South Carolina