# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Capers Construction, LLC, ) | Case No. 2:22-CV-02382-DCN |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER GRANTING DURHAM SPECIALTY INSURANCE, LLC'S MOTION TO DISMISS** |
| ) | |
| American Inter-Fidelity Corp., as attorney ) | |
| in fact for American Inter-Fidelity ) | |
| Exchange and Durham Specialty Insurance, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Motion of Defendant Durham Specialty Insurance, LLC requesting dismissal of the case with prejudice pursuant to Rule 41(b), FRCP, for failure to prosecute. On August 2, 2023, this Court entered an Order Granting Plaintiff's counsel's Motion to Withdraw. (ECF No. 27). That Order indicated Plaintiff had until September 6, 2023, to retain successor counsel. Plaintiff's prior counsel provided proof of service of the Order Granting Motion to Withdraw on Plaintiff. (ECF No. 29). Plaintiff has failed to retain successor counsel by September 6, 2023.

After considering the motion and the Orders of this Court, the Motion to Dismiss is hereby **GRANTED** without prejudice. This case is hereby ended.

    **AND IT IS SO ORDERED**

                                                                              David C. Norton
                                                                              United States District Judge

September 13, 2023
Charleston, South Carolina