AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Capers Construction, LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.   2:22-cv-02382-DCN |
| American Inter-Fidelity Exchange, Durham Specialty Insurance, LLC, | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Capers Construction, LLC, shall take nothing of Defendants, American Inter-Fidelity Exchange, Durham Specialty Insurance, LLC, as to the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date:   September 13, 2023                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/H.Cornwell
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*